TILLIE .JACOBSTEIN, Respondent, *v.* ISRAEL JACOBSTEIN, Appellant.

*Husband and wife — separation on grounds of cruel and inhuman treatment and abandonment.*

*Jacobstein* v. *Jacobstein*, 209 App. Div. 846, affirmed.

(Submitted June 3, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 12, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action, wife against husband, for a separation on the grounds of cruel and inhuman treatment and abandonment.

*P. Chamberlain* for appellant.

*John J. McInerney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.